UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

IN RE: JAYEL CORPORATION                                         CASE NO. 5:10-bk-71120
                                                                 Chapter 11

### APPLICATION TO EMPLOY NUNC PRO TUNC

JAYEL CORPORATION, debtor in possession (the "Debtor"), in support of its application to approve its retention and employment of counsel pursuant to Title II, United States Code ("Bankruptcy Code") and FRBP 2014, respectfully states as follows:

1. On March 5, 2010, the Debtor commenced this case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.

2. The Debtor is an Arkansas corporation involved in real estate development and property management.

3. The Debtor continues in possession of its property as debtor in possession, pursuant to the provisions of sections 1107 and 1108 of the Bankruptcy Code.

4. The Debtor desires to employ the law firm of Blair and Brady as its insolvency counsel in this case.

5. Blair and Brady have experience in chapter 11 cases, are familiar with the business and financial affairs of the Debtor and are qualified to represent its interests in this case.

6. The professional services rendered to the Debtor by Blair and Brady include primarily the following:

    (a) Advising the Debtor of its rights, powers and duties as debtor in possession, including those with respect to the continued operation and management of its business and property;

    (b) Advising the Debtor concerning and assisting in the negotiation and

1

documentation of financing agreements, cash collateral order and related transactions;

(c)  Investigating into the nature and validity of liens asserted against the property of the Debtor and advising the Debtor concerning the enforceability of said liens;

(d)  Investigating into, advising the Debtor concerning, and taking such action as may be necessary to collect and, in accordance with applicable law, recover property for the benefit of the Debtor's estate;

(e)  Preparing on behalf of the Debtor such applications, motions, pleadings, orders, notices, schedules and other documents as may be necessary and appropriate, and reviewing the financial and other reports to be filed herein;

(f)  Advising the Debtor concerning and preparing responses to applications, motions, pleadings, notices and other documents which may be filed and served herein;

(g)  Counseling the Debtor in connection with the formulation, negotiation and promulgation of a plan or plans of reorganization and related documents; and

(h)  Performing such other legal services for and on behalf of the Debtor as may be necessary or appropriate in the administration of the case.

7. The Debtor requires counsel knowledgeable with respect to insolvency and reorganization law to render the above-described essential professional services, and believes that the employment of Blair and Brady would be in the best interest of the debtor and its estate.

8. The range of hourly rates currently charged by Blair and Brady is as follows for the professionals who it is presently anticipated will perform the majority of services in connection with this case:

| | | |
|---|---|---|
| Partners | — | $ 180.00 |
| Associates | — | $ 100.00 |
| Paralegals | — | $  45-55 |

Blair and Brady will keep detailed records of any actual and necessary expenses incurred in connection with the rendering of the aforementioned legal services for which it may seek reimbursement.

9. To the best of the Debtor's knowledge, information and belief, Blair and Brady is a disinterested party and has no connection with the debtor, creditors or with any other party in interest herein, their attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee except that, from time to time Blair and Brady may have represented certain of such parties in interest, or interests adverse to the Debtor or its estate in matters unrelated to the Debtor or the Debtor's interest.  The Debtor submits that its employment of Blair and Brady would be in the best interests of the Debtor and its estates.

10. An affidavit executed on behalf of Blair and Brady in accordance with the provisions of section 327 of the Bankruptcy Code and FRBP 2014 is annexed as Exhibit "A" and incorporated herein by reference.  The Debtor's knowledge, information, and belief regarding the matters set forth in this application are based, and made in reliance, upon said affidavit.

11. Blair and Brady received a prepetition payment of $11,039 for services and costs to be rendered in connection with this chapter 11 case.  Blair and Brady understand they will need to submit an application every 120 days to be paid in this case.  Blair and Brady as prepetition fees and cost have been paid $1039.00 for the filing fee and $1440.00 for prepetition work and currently maintain $8560.00 in their trust account to be applied against the future fees and cost.  The Debtor desires to employ Blair and Brady because of the extensive legal services it is proposed that Blair and Brady render in this case.

WHEREFORE, the Debtor requests the entry of an order authorizing it to employ the law firm of Blair and Brady, nunc pro tunc as of the day the Debtor's bankruptcy case was filed, as its counsel in this case under a general retainer; that copies of all notices, pleadings and other documents filed in this case or in any adversary proceedings be served upon Blair and Brady, as counsel for the Debtor, at the address set forth below; and granting such other relief as the Court deems proper.

3

Dated this 5th day of March 2010.

                                  Respectfully Submitted,

                                  By: /s/ Don Brady
                                  Don Brady 97-047
                                  BLAIR & BRADY
                                  PO Box 1715
                                  Rogers AR 72757
                                  479-631-0100

Approved By:   Jim Lemmon, agent for Jayel Corporation
                      /s/ Jim Lemmon

**CERTIFICATE OF SERVICE**

      I, Don Brady, do hereby certify that on this 5th day of March 2010 that I have mailed a copy of this pleading via electronic filing or via the United States Mail, postage prepaid to the following which represent all the creditors in the debtor's bankruptcy and found on ECF as of the date of this filing - said creditors include the top 20 creditors of the debtor:

                                  /s/ Don Brady
                                  Don Brady