# COVER SHEET FOR MONTHLY OPERATING REPORTS

**CASE NAME:**  Jayel Corporation

**CASE NUMBER:**  5:10-bk-71120

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of <u>March 5-March 31</u>, 20<u>10</u>.

## Link to Disbursements Page

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

**Link to Disbursements Page**

FORM OPR-1A

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE 03/05/10 | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 95,998 | 100,097 | | | | | |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | 0 | 0 | | 0 |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | 0 | 0 | 0 | |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | | |
| Other | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | | | |
| Total Current Assets | 95,998 | 100,097 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 11,015,403 | 11,015,403 | 11,015,403 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | 2,409,201 | 2,409,201 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Net Property | 8,606,202 | 8,606,202 | 11,015,403 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| OTHER ASSETS (Describe) | | 0 | | | | | |
| Investments/Stock | 25,000 | 25,000 | | | 0 | | |
| WIP-Capitalized Interest | 84,046 | 84,046 | | | | | |
| | | | | | | | |
| Total Other Assets | 109,046 | 109,046 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| TOTAL ASSETS | 8,811,247 | 8,815,346 | 11,015,403 | 0 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF ___ PAGES
ARE TRUE AND CORRECT.

Date submitted 04/16/2010    Signed _____

James Lemmon
(Printed name of signatory)

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 03/05/10 | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 14,419 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 9,566,438 | 9,566,438 | 0 | 0 | 0 | | |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | | |
| Unsecured Debt | 0 | 0 | 0 | 0 | 0 | | |
| Other - Real Estate/Property Taxes Payable | 21,334 | 21,334 | 0 | 0 | 0 | | |
| Other - Current Liability - Interst Only Payable | 550,905 | 550,905 | 0 | 0 | 0 | | |
| | | | | | | | |
| Total Pre Petition Liabilities | 10,138,677 | 10,138,677 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Total Liabilities | 10,138,677 | 10,153,097 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | | | | | | | |
| Common Stock | 300 | 300 | 0 | 0 | 0 | | |
| Paid-In Capital | 25,200 | 25,200 | 0 | 0 | 0 | | |
| Retained Earnings | | | | | | | |
| Through Filing Date | (1,352,930) | (1,352,930) | 0 | 0 | 0 | | |
| Post Filing Date | 0 | (10,321) | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Total Stockholders' Equity | (1,327,430) | (1,337,751) | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 8,811,247 | 8,815,346 | 0 | 0 | 0 | 0 | 0 |

FORM OPR-2

STATEMENT OF INCOME (LOSS)

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 27,643 | 0 | 0 | 0 | | | 27,643 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 0 | 0 | 0 | 0 | | | 0 |
| Labor - Direct | 0 | 0 | 0 | 0 | | | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | | | 0 |
| Total Cost of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 27,643 | 0 | 0 | 0 | 0 | 0 | 27,643 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 238 | 0 | 0 | | | | 238 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | 0 | | | 0 |
| Office & Other Salaries | 0 | 0 | | | | | 0 |
| Rent | 0 | 0 | 0 | | | | 0 |
| Other (Attach Schedule) | 37,485 | 0 | 0 | 0 | | 0 | 37,485 |
| Total Operating Expenses | 37,723 | 0 | 0 | 0 | 0 | 0 | 37,723 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | | | | | | | 0 |
| Depreciation | | | | | | | 0 |
| Interest | | | | | | | 0 |
| Attorney's Fees | 0 | 0 | 0 | | | | 0 |
| Other Professional Fees | 241 | | 0 | | | | 241 |
| Total Other Expenses | 241 | 0 | 0 | 0 | 0 | 0 | 241 |
| Total Expenses | 37,964 | 0 | 0 | 0 | 0 | 0 | 37,964 |
| NET INCOME (LOSS) | (10,321) | 0 | 0 | 0 | 0 | 0 | (10,321) |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCH - OTHER OP EXP

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| BANK CHARGES | 8 | 0 | 0 | 0 | 0 | 0 | 8 |
| CLEANING EXP | 174 | 0 | 0 | 0 | 0 | 0 | 174 |
| DUES & SUBSCRIPTIONS | 292 | 0 | 0 | 0 | 0 | 0 | 292 |
| INSURANCE | 4,992 | 0 | 0 | 0 | 0 | 0 | 4,992 |
| PROPERTY MGMT FEES | 2,550 | 0 | 0 | 0 | 0 | 0 | 2,550 |
| CONTRACT LABOR | 700 | 0 | 0 | 0 | 0 | 0 | 700 |
| REFUNDS | 350 | 0 | 0 | 0 | 0 | 0 | 350 |
| REPAIRS & MAINTENANCE | 8,801 | 0 | 0 | 0 | 0 | 0 | 8,801 |
| TAXES: FRANCHISE | 900 | 0 | 0 | 0 | 0 | 0 | 900 |
| TAXES: PROPERTY | 11,632 | 0 | 0 | 0 | 0 | 0 | 11,632 |
| UTILITIES | 7,086 | 0 | 0 | 0 | 0 | 0 | 7,086 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OTHER EXP | 37,485 | 0 | 0 | 0 | 0 | 0 | 37,485 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

## STATEMENT OF SOURCE AND USE OF CASH

FORM OPR-3

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 100,097 | 0 | | | | | 100,097 |
| Less Ending Prior Month Balance | 95,998 | 100,097 | | | | | 196,096 |
| NET CASH INCREASE(DECREASE) | 4,099 | (100,097) | 0 | 0 | 0 | 0 | (95,998) |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | (10,321) | 0 | 0 | 0 | 0 | 0 | (10,321) |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | (10,321) | 0 | 0 | 0 | 0 | 0 | (10,321) |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 109,046 | 0 | 0 | 0 | 0 | 109,046 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 14,419 | 0 | 0 | 0 | 0 | 0 | 14,419 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 4,098 | 109,046 | 0 | 0 | 0 | 0 | 113,144 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 14,419 | 0 | 0 | 0 | 0 | 14,419 |
| Pre Petition Liabilities | 0 | 10,138,677 | 0 | 0 | 0 | 0 | 10,138,677 |
| TOTAL USE OF CASH | 0 | 10,153,097 | 0 | 0 | 0 | 0 | 10,153,097 |
| NET CASH INCREASE (DECREASE) | 4,098 | (10,044,051) | 0 | 0 | 0 | 0 | (10,039,952) |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 3/5/2010 | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: March | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF FIXED ASSETS

SCHEDULE B

| FIXED ASSETS: | Petition Date 03/05/10 | MONTH 03/31/10 | MONTH 04/30/10 | MONTH 05/31/10 | MONTH 06/30/10 | MONTH 07/31/10 |
|---|---|---|---|---|---|---|
| Buildings | 9,972,225 | 9,972,225 | | | | |
| Land | 825,309 | 825,309 | | | | |
| Improvements | 14,907 | 14,907 | | | | |
| Office Furniture | 16,371 | 16,371 | | | | |
| Office Equipment | 1,000 | 1,000 | | | | |
| Computer Equipment | 1,000 | 1,000 | | | | |
| Shop Machinery | | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | 14,278 | 14,278 | | | | |
| Vans | | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | 31,037 | 31,037 | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other - Ammoritize Apraisals & Closing Costs | 10,310 | 10,310 | | | | |
| Other - Capitalized Closing & Legal Costs | 128,966 | 128,966 | | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 11,015,403 | 11,015,403 | 0 | 0 | 0 | 0 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MONTH 03/31/10 | MONTH 04/30/10 | MONTH 05/31/10 | MONTH 06/30/10 | MONTH 07/31/10 | MONTH 08/31/10 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| State Sales Taxes | | | | | | |
| Local Payroll Taxes | | | | | | |
| Real Estate & Pers. Prop. Taxes | 10,667 | | | | | |
| Other | | | | | | |
| | | | | | | |
| TOTAL TAXES PAYABLE | 10,667 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| OTHER LIABILITIES: | | | | | | |
| Post Petition Secured Debt | 0 | | | | | |
| Accrued Interest Payable | 0 | | | | | |
| Other Accrued Liabilities (Accounts Payable) | 3,752 | | | | | |
| | | | | | | |
| TOTAL OTHER LIABILITIES | 3,752 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 14,419 | 0 | 0 | 0 | 0 | 0 |

CASE  NAME:  Jayel Corporation

CASE  NUMBER: 5:10-bk-71120

(revised Aug. 2009)

Schedule D

Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS - PAGE 1 OF 2 PAGES
### Month of MARCH 5 - MARCH 31, 2010

1.  Insurance Coverage

| | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | Farm Bureau | 500,000 | 8/10/2010 | 5/10/2010 |
| Vehicle Collision | Farm Bureau | 28,000 | 8/10/2010 | 5/10/2010 |
| Theft | | | | |
| Property Insurance | Village Insurance | 2,229,444 | 6/23/2010 | 6/23/2010 |
| Property Insurance | Village Insurance | 638,749 | 3/1/2011 | 3/1/2011 |
| Property Insurance | Village Insurance | 2,421,200 | 8/25/2010 | 5/25/2010 |

2.  Statement of Payments of Secured Creditors
    (list all payments made to secured creditors during the month & the purpose
    for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.  Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

| | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | |
| Property Taxes | | | |
| Other | | | |

CASE NAME: Jayel Corporation

CASE NUMBER: 5:10-bk-71120

(Revised Aug. 2009)

Schedule D

Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS - PAGE 2 OF 2 PAGES
### Month of <u>MARCH 5 - MARCH 31, 2010</u>

### 4. Compensation Payments Made This Month (Not Accruals)

(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |
|      |        |                                          |

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|--------------|--------|------------------------------------------|
| Attorney(s) |  |  |
| Accountant(s) | 241 |  |
| Management Co.(s) | 700 |  |
| Other (specify) |  |  |

### 6. Record of Disbursements and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---------------|----------------------|------------------|------------------|-----------|-------------|--------------|
| January |  |  |  |  |  |  |
| February |  |  |  |  |  |  |
| March | 24,673.98 | $24,673.98 | 650 |  | $ |  |
| April |  |  |  |  |  |  |
| May |  |  |  |  |  |  |
| June | $ | $0.00 | 325 |  | $ |  |
| July |  |  |  |  |  |  |
| August |  |  |  |  |  |  |
| September | $ | $0.00 | 325 |  | $ |  |
| October |  |  |  |  |  |  |
| November |  |  |  |  |  |  |
| December | $ | $0.00 | 325 |  | $ |  |

\* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.