# COVER SHEET FOR MONTHLY OPERATING REPORTS

CASE NAME: Jayel Corporation

CASE NUMBER: 5:10-bk-71120

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of April, 2010.

**Link to Disbursements Page**

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

**Link to Disbursements Page**

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

| ASSETS | PETITION DATE 03/05/10 | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 95,998 | 100,097 | 145,886 | | | | |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | | 0 | 0 | 0 |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | | 0 | | |
| Other | 0 | 0 | 0 | | 0 | | |
| | | | | | | | |
| Total Current Assets | 95,998 | 100,097 | 145,886 | | 0 | 0 | 0 |
| | | | | | | | |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 11,015,403 | 11,015,403 | 11,015,403 | | 0 | 0 | 0 |
| Less Accumulated Depreciation | 2,409,201 | 2,409,201 | 2,409,201 | | 0 | 0 | 0 |
| | | | | | | | |
| Net Property | 8,606,202 | 8,606,202 | 8,606,202 | | 0 | 0 | 0 |
| | | | | | | | |
| OTHER ASSETS (Describe) | | | | | | | |
| Investments/Stock | | 0 | 0 | | 0 | | |
| WIP-Capitalized Interest | 25,000 | 25,000 | 25,000 | | | | |
| | 84,046 | 84,046 | 84,046 | | | | |
| | | | | | | | |
| Total Other Assets | 109,046 | 109,046 | 109,046 | | 0 | 0 | 0 |
| | | | | | | | |
| TOTAL ASSETS | 8,811,247 | 8,815,346 | 8,861,134 | | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 11 PAGES ARE TRUE AND CORRECT.

Date submitted 05/18/2010  Signed _____  *James Lemmon*
(Printed name of signatory)

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 03/05/10 | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 12,826 | 49,291 | 0 | | 0 | 0 |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 9,566,438 | 9,566,438 | 9,564,177 | 0 | 0 | | |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | | |
| Unsecured Debt | 0 | 0 | 0 | 0 | 0 | | |
| Other - Real Estate/Property Taxes Payable | 21,334 | 21,334 | 21,334 | | | | |
| Other - Current Liability - Interst Only Payable | 550,905 | 550,905 | 550,905 | 0 | 0 | | |
| Total Pre Petition Liabilities | 10,138,677 | 10,138,677 | 10,136,416 | 0 | 0 | 0 | 0 |
| Total Liabilities | 10,138,677 | 10,151,503 | 10,185,707 | 0 | 0 | 0 | 0 |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | | | | | | | |
| Common Stock | 300 | 300 | 300 | 0 | 0 | | |
| Paid-In Capital | 25,200 | 25,200 | 25,200 | 0 | 0 | | |
| Stockholder Distributions | | 0 | 0 | | | | |
| Retained Earnings | | | | | | | |
| Through Filing Date | (1,352,930) | (1,352,930) | (1,352,930) | 0 | 0 | | |
| Post Filing Date | 0 | (8,727) | 2,857 | 0 | 0 | | |
| Total Stockholders' Equity | (1,327,430) | (1,336,157) | (1,324,573) | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 8,811,247 | 8,815,346 | 8,861,134 | 0 | 0 | 0 | 0 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

STATEMENT OF INCOME (LOSS)

FORM OPR-2

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 27,643 | 75,949 | 0 | 0 | | | 103,592 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 0 | 0 | 0 | 0 | | | 0 |
| Labor - Direct | 0 | 0 | 0 | 0 | | | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | | | 0 |
| Total Cost of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 27,643 | 75,949 | 0 | 0 | 0 | 0 | 103,592 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 238 | 0 | 0 | | | | 238 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | 0 | | | 0 |
| Office & Other Salaries | | 0 | | | | | 0 |
| Rent | 0 | 0 | 0 | | | | 0 |
| Other (Attach Schedule) | 35,891 | 63,416 | 0 | 0 | 0 | 0 | 99,307 |
| Total Operating Expenses | 36,129 | 63,416 | 0 | 0 | 0 | 0 | 99,545 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | | 650 | | | | | 650 |
| Depreciation | | | | | | | 0 |
| Interest | | | | | | | 0 |
| Attorney's Fees | 0 | 0 | | | | | 0 |
| Other Professional Fees | 241 | 300 | | | | | 541 |
| Total Other Expenses | 241 | 950 | 0 | 0 | 0 | 0 | 1,191 |
| Total Expenses | 36,370 | 64,366 | 0 | 0 | 0 | 0 | 100,736 |
| NET INCOME (LOSS) | (8,727) | 11,583 | 0 | 0 | 0 | 0 | 2,857 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

STATEMENT OF SOURCE AND USE OF CASH

FORM OPR-3

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 100,097 | 145,886 | | 0 | 0 | 0 | 245,983 |
| Less Ending Prior Month Balance | 95,998 | 100,097 | | 0 | 0 | 0 | 341,981 |
| NET CASH INCREASE(DECREASE) | 4,099 | 45,789 | | 0 | 0 | 0 | (95,998) |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | (8,727) | 11,583 | | 0 | 0 | 0 | 2,857 |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | (8,727) | 11,583 | | 0 | 0 | 0 | 2,857 |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | | 0 | 0 | 0 | 109,046 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 12,826 | 36,465 | | 0 | 0 | 0 | 49,291 |
| Pre Petition Liabilities | 0 | 0 | | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 4,099 | 48,048 | | 0 | 0 | 0 | 161,194 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | | 0 | 0 | 0 | 49,291 |
| Pre Petition Liabilities | 0 | 2,261 | | 0 | 0 | 0 | 10,138,677 |
| TOTAL USE OF CASH | 0 | 2,261 | | 0 | 0 | 0 | 10,187,968 |
| NET CASH INCREASE (DECREASE) | 4,099 | 45,787 | | 0 | 0 | 0 | (10,026,775) |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

|  | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 3/5/2010 % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: March % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: _____ % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF FIXED ASSETS

SCHEDULE B

| | Petition Date 03/05/10 | MONTH 03/31/10 | MONTH 04/30/10 | MONTH 05/31/10 | MONTH 06/30/10 | MONTH 07/31/10 |
|---|---|---|---|---|---|---|
| FIXED ASSETS: | | | | | | |
| Buildings | 9,972,225 | 9,972,225 | 9,972,225 | | | |
| Land | 825,309 | 825,309 | 825,309 | | | |
| Improvements | 14,907 | 14,907 | 14,907 | | | |
| Office Furniture | 16,371 | 16,371 | 16,371 | | | |
| Office Equipment | 1,000 | 1,000 | 1,000 | | | |
| Computer Equipment | 1,000 | 1,000 | 1,000 | | | |
| Shop Machinery | | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | 14,278 | 14,278 | 14,278 | | | |
| Vans | | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | 31,037 | 31,037 | 31,037 | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other - Ammoritize Apraisals & Closing Costs | 10,310 | 10,310 | 10,310 | | | |
| Other - Capitalized Closing & Legal Costs | 128,966 | 128,966 | 128,966 | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 11,015,403 | 11,015,403 | 11,015,403 | 0 | 0 | 0 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MONTH 03/31/10 | MONTH 04/30/10 | MONTH 05/31/10 | MONTH 06/30/10 | MONTH 07/31/10 | MONTH 08/31/10 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| State Sales Taxes | | | | | | |
| Local Payroll Taxes | | | | | | |
| Real Estate & Pers. Prop. Taxes | 10,667 | 18,666 | | | | |
| Other | | | | | | |
| TOTAL TAXES PAYABLE | 10,667 | 18,666 | 0 | 0 | 0 | 0 |
| | | | | | | |
| OTHER LIABILITIES: | | | | | | |
| Post Petition Secured Debt | 0 | | | | | |
| Accrued Interest Payable | 0 | | | | | |
| Other Accrued Liabilities (Accounts Payable) | 2,159 | 30,625 | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL OTHER LIABILITIES | 2,159 | 30,625 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 12,826 | 49,291 | 0 | 0 | 0 | 0 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCH - OTHER OP EXP

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| AUTO EXPENSE | 0 | 749 | 0 | 0 | 0 | 0 | 749 |
| BANK CHARGES | 8 | 5 | 0 | 0 | 0 | 0 | |
| CLEANING EXP | 174 | 0 | 0 | 0 | 0 | 0 | 174 |
| DUES & SUBSCRIPTIONS | 0 | 436 | 0 | 0 | 0 | 0 | 436 |
| INSURANCE | 4,992 | 3,565 | 0 | 0 | 0 | 0 | 8,557 |
| PROPERTY MGMT FEES | 2,550 | 3,770 | 0 | 0 | 0 | 0 | 6,320 |
| CONTRACT LABOR | 700 | 3,100 | 0 | 0 | 0 | 0 | 3,800 |
| REFUNDS | 350 | 460 | 0 | 0 | 0 | 0 | 810 |
| REPAIRS & MAINTENANCE | 8,322 | 8,187 | 0 | 0 | 0 | 0 | 16,509 |
| TAXES: FRANCHISE | 900 | 0 | 0 | 0 | 0 | 0 | 900 |
| TAXES: PROPERTY | 10,874 | 8,727 | 0 | 0 | 0 | 0 | 19,601 |
| UTILITIES | 7,021 | 6,042 | 0 | 0 | 0 | 0 | 13,063 |
| MEETING EXPENSE | 0 | 33 | 0 | 0 | 0 | 0 | 33 |
| OFFICE SUPPLIES | 0 | 148 | 0 | 0 | 0 | 0 | 148 |
| MORTGAGE NOTE | 0 | (1,805) | 0 | 0 | 0 | 0 | (1,805) |
| INTEREST EXPENSE | | 30,000 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER EXP | 35,891 | 63,416 | 0 | 0 | 0 | 0 | 99,307 |

CASE NAME: Jayel Corporation  (revised Aug. 2009)
CASE NUMBER: 5:10-bk-71120  Schedule D
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS - PAGE 1 OF 2 PAGES
Month of APRIL, 2010

### 1. Insurance Coverage

|  | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation |  |  |  |  |
| General Liability |  |  |  |  |
| Excess Liability |  |  |  |  |
| Fire & Extended Coverage |  |  |  |  |
| Vehicle Liability | Farm Bureau | 500,000 | 8/10/2010 | 5/10/2010 |
| Vehicle Collision | Farm Bureau | 28,000 | 8/10/2010 | 5/10/2010 |
| Theft |  |  |  |  |
| Property Insurance | Village Insurance | 2,229,444 | 6/23/2010 | 6/23/2010 |
| Property Insurance | Village Insurance | 638,749 | 3/1/2011 | 3/1/2011 |
| Property Insurance | Village Insurance | 2,421,200 | 8/25/2010 | 5/25/2010 |

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

|  | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes |  |  |  |
| Federal Payroll W/H Taxes |  |  |  |
| Federal Payroll W/H Taxes |  |  |  |
| Federal Payroll W/H Taxes |  |  |  |
| Fed. Unemployment Taxes |  |  |  |
| State Payroll W/H Taxes |  |  |  |
| State Unemployment Taxes |  |  |  |
| State Sales & Use Taxes |  |  |  |
| Property Taxes |  |  | 18,666 |
| Other |  |  |  |

CASE NAME: Jayel Corporation  (Revised Aug. 2009)
CASE NUMBER: 5:10-bk-71120  Schedule D
Page 2 of 2

### SUMMARY OF SIGNIFICANT ITEMS - PAGE 2 OF 2 PAGES
Month of APRIL, 2010

#### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Jim Lemmon | 2,800 | |
| | | |
| | | |
| | | |
| | | |

#### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Attorney(s) | | |
| Accountant(s) | | |
| Management Co.(s) | 3,100 | |
| Other (specify) | | |

#### 6. Record of Disbursements and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | | | | | | |
| February | | | | | | |
| March | 24,673.98 | $24,673.98 | 650 | | $ | |
| April | 34,270.20 | | | | | |
| May | | | | | | |
| June | | $34,270.20 | 650 | | $ | |
| July | | | | | | |
| August | | | | | | |
| September | $ | $0.00 | 325 | | $ | |
| October | | | | | | |
| November | | | | | | |
| December | $ | $0.00 | 325 | | $ | |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

# JAYEL Corporation
## Cash Receipts Journal
### April 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 33327 | Deposit | 04/01/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 7,371 | |
| | | | | 1001 N. Main #2 | Forkum V. (Utility Bills) | Park & Main | | 111 |
| | | | | 3304 L1 | Psora K. | C-Square Duplexes | | 600 |
| | | | | 3510 L1 | Collins S. (Deposit) | C-Square Duplexes | | 400 |
| | | | | 2520-5 | Barlow J. | Park Apts. (E. Central) | | 450 |
| | | | | 1800 Lela | Edrington J. | Lela St./18th Street | | 475 |
| | | | | 1807 Lela | West S. | Lela St./18th Street | | 430 |
| | | | | 3400 L2 | Evans D. | C-Square Duplexes | | 550 |
| | | | | 3500 L1 | Feast C. | C-Square Duplexes | | 300 |
| | | | | 102-3 Park | Browers I. | Park & Main | | 450 |
| | | | | Burger | Brannon E. (201 NW K Apt A) | Burger | | 340 |
| | | | | 2520-10 | Clancy C. | Park Apts. (E. Central) | | 455 |
| | | | | 407 A Tiger | Minez V. | Tiger Blvd. | | 455 |
| | | | | 3403#1Deerfield | Henson J. | Deerfield | | 700 |
| | | | | Burger | Kaufman J. | Burger | | 350 |
| | | | | Willenberg | Fetherolf G. | Willenberg | | 300 |
| | | | | 3402 L1 | Feast C. (Deposit) | C-Square Duplexes | | 550 |
| | | | | 1802 Lela | Bisbee S. | Lela St./18th Street | | 455 |
| | | | | | | | 7,371 | 7,371 |
| 33338 | Deposit | 04/02/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 8,435 | |
| | | | | 3407 V1 | Burleson S. | C-Square Duplexes | | 575 |
| | | | | 1114#6 | Caceres T. | 1114 NW "D" Street | | 435 |
| | | | | 3301 V1 | Bissell S. | C-Square Duplexes | | 300 |
| | | | | 2300 J2 | Koval B. | Jayel Terrace | | 555 |
| | | | | 3501 L1 | Light S. | C-Square Duplexes | | 585 |
| | | | | Cedar | Rios B. | Cedar | | 575 |
| | | | | 2520-8 | Hardee D. | Park Apts. (E. Central) | | 465 |
| | | | | Pulham | Luka G. (Deposit) | Pulham Dr. | | 400 |
| | | | | 3510 L2 | Page L. | C-Square Duplexes | | 475 |
| | | | | 3500 V1 | Ferguson S. | C-Square Duplexes | | 500 |
| | | | | 2300 J1 | Samineni S. | Jayel Terrace | | 560 |
| | | | | 3404 V2 | Henson M. | C-Square Duplexes | | 475 |
| | | | | Pleasantview | Espinosa D. | Pleasantview | | 750 |
| | | | | 2520-6 | Becerra J. | Park Apts. (E. Central) | | 460 |
| | | | | Rolling Oaks | Womack J. | Rolling Oaks | | 725 |
| | | | | 3403V2 | McCoy L. | C-Square Duplexes | | 600 |
| | | | | | | | 8,435 | 8,435 |
| 33347 | Deposit | 04/02/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 12,060 | |
| | | | | NW "A" | Elgin S. (HUD Check) | NW "A" | | 536 |
| | | | | 3508 L2 | Bell J. (HUD Check) | C-Square Duplexes | | 361 |
| | | | | 1114 NWD 3 | Wilmoth S. (HUD Check) | 1114 NW "D" Street | | 428 |
| | | | | 407 B Tiger | Thomas C. (HUD Check) | Tiger Blvd. | | 314 |
| | | | | 3403 V1 | Hearld D. | C-Square Duplexes | | 575 |
| | | | | 3502 L1 | Murry C. | C-Square Duplexes | | 535 |
| | | | | 3304L2 | Hombs C. | C-Square Duplexes | | 595 |
| | | | | 3303 V1 | Cisneros M. | C-Square Duplexes | | 610 |
| | | | | 3406 L1 | Ifill D. | C-Square Duplexes | | 500 |
| | | | | 2300 J4 | Martinez P. | Jayel Terrace | | 550 |
| | | | | Ramachandran | Macy A. (2600 Parkcrest) | Ramachandran | | 750 |
| | | | | 4007Hansom#1 | Coombs K. | hansom | | 475 |
| | | | | 2520-3 | Susu A. | Park Apts. (E. Central) | | 475 |
| | | | | 2302 J3 | Hemmert T. | Jayel Terrace | | 625 |
| | | | | 813 NM2 | Rundle A. | N. Main | | 475 |
| | | | | 813 NM1 | Buses H. | N. Main | | 520 |
| | | | | 3406 L1 | Church R. | C-Square Duplexes | | 500 |
| | | | | 2518-2 | Wingate A. | Park Apts. (E. Central) | | 450 |
| | | | | 2404 J2 | Stewart J. | Jayel Terrace | | 320 |
| | | | | 3402 V1 | Smith C. | C-Square Duplexes | | 320 |
| | | | | 3505-2 | Green T. | C-Square Duplexes | | 500 |
| | | | | 3510 L1 | Collins S. | C-Square Duplexes | | 400 |
| | | | | 3303 V2 | McWilliams G. | C-Square Duplexes | | 650 |
| | | | | 811 NM2 | Nelson J. | N. Main | | 485 |
| | | | | 407 B Tiger | Thomas C. | Tiger Blvd. | | 111 |
| | | | | | | | 12,060 | 12,060 |
| 33352 | Deposit | 04/05/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 6,016 | |
| | | | | 2212B | Sandoval J. | Beacon | | 335 |
| | | | | 3508 L1 | Powell R. | C-Square Duplexes | | 550 |
| | | | | 1114#4 | Fitzner L. | 1114 NW "D" Street | | 385 |
| | | | | 1803 Lela | Williams R. | Lela St./18th Street | | 460 |
| | | | | 3502 L2 | Hamilton A. | C-Square Duplexes | | 500 |
| | | | | 206 Parkcrest | Holliday N. | Parkcrest Hses. | | 650 |
| | | | | 3408 V2 | Johnson A. | C-Square Duplexes | | 334 |
| | | | | 204 Parkcrest | Ballard M. | Parkcrest Hses. | | 675 |
| | | | | 1114 D #7 | Koop K. | 1114 NW "D" Street | | 450 |
| | | | | 2518-7 | Leverich S. | Park Apts. (E. Central) | | 490 |
| | | | | 3302 L2 | Parnell W. | C-Square Duplexes | | 500 |
| | | | | 3405 V1 | Powell M. | C-Square Duplexes | | 640 |
| | | | | 1114 NWD 3 | Wilmoth S. | 1114 NW "D" Street | | 47 |

# JAYEL Corporation
## Cash Receipts Journal
### April 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---:|---:|
| | | | | | | | 6,016 | 6,016 |
| 33355 | Deposit | 04/06/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 6,125 | |
| | | | | 202 Parkcrest Dr. | Price D. | Parkcrest Hses. | | 675 |
| | | | | 1114NWD#1 | Sanchez L. | 1114 NW "D" Street | | 385 |
| | | | | Grinstead | Lee O. | Grinstead | | 400 |
| | | | | 3408 V2 | Britt V. | C-Square Duplexes | | 166 |
| | | | | 2404 J1 | Patrick K. | Jayel Terrace | | 550 |
| | | | | 2518-12 | Roller E. | Park Apts. (E. Central) | | 475 |
| | | | | 2520-1 | Skinner M. | Park Apts. (E. Central) | | 450 |
| | | | | 1001 N. Main #1 | Campbell W. | Park & Main | | 230 |
| | | | | 102-1 Park | Nicholson J. | Park & Main | | 455 |
| | | | | 3400 L2 | Evans D. | C-Square Duplexes | | 550 |
| | | | | NW "A" | Elgin S. | NW "A" | | 190 |
| | | | | 205 Parkcrest | Arnold D. | Parkcrest Hses. | | 503 |
| | | | | Burger | Fletcher S. | Burger | | 131 |
| | | | | Winchester | Baker J. | Winchester | | 765 |
| | | | | 3506 L2 | Bell J. | C-Square Duplexes | | 200 |
| | | | | | | | 6,125 | 6,125 |
| 33360 | Deposit | 04/07/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,010 | |
| | | | | 2520-2 | Cottrell J. | Park Apts. (E. Central) | | 465 |
| | | | | 610-3 | Tran P. | Jayel Terrace | | 550 |
| | | | | 2304 J2 | Adams K. | Jayel Terrace | | 360 |
| | | | | 102-2 Park | Tamp L. | Park & Main | | 435 |
| | | | | 2304 J2 | Adams E. | Jayel Terrace | | 200 |
| | | | | | | | 2,010 | 2,010 |
| 33361 | Deposit | 04/07/2010 | | Transfer | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 4,607 | |
| | | | | First Federal Bank | TransfertoDeplete | First Federal - Operations | | 4,607 |
| | | | | | | | 4,607 | 4,607 |
| 33365 | Deposit | 04/08/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,818 | |
| | | | | 3401L2 | Payne C. | C-Square Duplexes | | 500 |
| | | | | 2520-4 | Wilson T. | Park Apts. (E. Central) | | 200 |
| | | | | 2404 J3 | Lam T. | Jayel Terrace | | 525 |
| | | | | 3305 V1 | Garner A. | C-Square Duplexes | | 93 |
| | | | | 3307 V1 | Wilson D. | C-Square Duplexes | | 500 |
| | | | | | | | 1,818 | 1,818 |
| 33401 | Deposit | 04/10/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 854 | |
| | | | | Fleetwood 9 | Buttry A. | Fleetwood | | 795 |
| | | | | City of Bentonville | Overpayment | Miscellaneous Income | | 59 |
| | | | | | | | 854 | 854 |
| 33402 | Deposit | 04/12/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,937 | |
| | | | | 3405 V2 | Neale A. | C-Square Duplexes | | 477 |
| | | | | 348 N. 14th | Orozco A. | 14th Street | | 400 |
| | | | | 348 N. 14th | Orozco A. | 14th Street | | 60 |
| | | | | Kovac | Post A. (2215 S 17th) | Kovac | | 625 |
| | | | | 2518-1 | McKinney K. | Park Apts. (E. Central) | | 300 |
| | | | | 1114#5 | Brown W | 1114 NW "D" Street | | 295 |
| | | | | 350 N. 14th | Jones E. (500 Deposit 280 prorated rent) | 14th Street | | 780 |
| | | | | | | | 2,937 | 2,937 |
| 33425 | Deposit | 04/13/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,540 | |
| | | | | 3500 V1 | Ferguson S. | C-Square Duplexes | | 500 |
| | | | | 206 Parkcrest | Holliday N. | Parkcrest Hses. | | 650 |
| | | | | 3506L1 | Williams E. | C-Square Duplexes | | 275 |
| | | | | 3500 L1 | Feast C. | C-Square Duplexes | | 500 |
| | | | | 3409#2 | Wilkinson K. | C-Square Duplexes | | 615 |
| | | | | | | | 2,540 | 2,540 |
| 33426 | Deposit | 04/14/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,392 | |
| | | | | 2302 J1 | Roque J. | Jayel Terrace | | 580 |
| | | | | 3306 L2 | Bell N. | C-Square Duplexes | | 812 |
| | | | | | | | 1,392 | 1,392 |
| 33439 | Deposit | 04/15/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,287 | |
| | | | | 3408V1 | Reid C. (Deposit and Rent) | C-Square Duplexes | | 825 |
| | | | | Willenberg | Fetherolf G. (23 Holly A) | Willenberg | | 400 |
| | | | | 2520-3 | Susu A. | Park Apts. (E. Central) | | 475 |
| | | | | 3406 V2 | Medlock R. | C-Square Duplexes | | 587 |
| | | | | | | | 2,287 | 2,287 |
| 33441 | Deposit | 04/16/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,785 | |
| | | | | 3505-1 | Lasch J. | C-Square Duplexes | | 510 |
| | | | | 3404 L1 | Mansfield (half deposit) | C-Square Duplexes | | 250 |
| | | | | Cabriolet | Jackson A. | Cabriolet | | 500 |
| | | | | 3501V2 | Hopgood J. | C-Square Duplexes | | 525 |
| | | | | | | | 1,785 | 1,785 |

## JAYEL Corporation
### Cash Receipts Journal
#### April 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 33473 | Deposit | 04/19/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,602 | |
| | | | | 1114#5 | Brown W. | 1114 NW "D" Street | | 100 |
| | | | | 610-2 | Brown J. | Jayel Terrace | | 600 |
| | | | | 1001 N. Main #1 | Campbell W. | Park & Main | | 255 |
| | | | | 610-1 | Leonard M. | Jayel Terrace | | 647 |
| | | | | | | | 1,602 | 1,602 |
| 33486 | Deposit | 04/20/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,402 | |
| | | | | 3501 V1 | Duncan D. (Deposit, April rent, May rent) | C-Square Duplexes | | 1,167 |
| | | | | 346 N. 14th | Villerreal A. | 14th Street | | 600 |
| | | | | Grinstead | Lee O. | Grinstead | | 500 |
| | | | | 2404 J2 | Stewart J. | Jayel Terrace | | 135 |
| | | | | | | | 2,402 | 2,402 |
| 33506 | Deposit | 04/22/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 671 | |
| | | | | 3307 V2 | Miks C. | C-Square Duplexes | | 196 |
| | | | | 3301 V1 | Bissell S. | C-Square Duplexes | | 400 |
| | | | | 2520-4 | Wilson T. | Park Apts. (E. Central) | | 75 |
| | | | | | | | 671 | 671 |
| 33507 | Deposit | 04/24/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,639 | |
| | | | | 2212A | Marquez J. | Beacon | | 300 |
| | | | | 3406L2 | Stepp M. | C-Square Duplexes | | 200 |
| | | | | 1001 N. Main #2 | Forkum V. | Park & Main | | 460 |
| | | | | 1001 N. Main #2 | Forkum V. (Utility Bill) | Park & Main | | 119 |
| | | | | 3500 L2 | Myers B. | C-Square Duplexes | | 575 |
| | | | | Parlet | Spencer D. (701 NW 13th) | Parlet | | 500 |
| | | | | 3305 V1 | Garner A. (HUD Check) | C-Square Duplexes | | 143 |
| | | | | 3305 V1 | Garner A. (HUD Check) | C-Square Duplexes | | 342 |
| | | | | | | | 2,639 | 2,639 |
| 33508 | Deposit | 04/24/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 4,200 | |
| | | | | Smokehouse | Smokin Joes | Smokin | | 4,200 |
| | | | | | | | 4,200 | 4,200 |
| 33513 | Deposit | 04/27/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,445 | |
| | | | | 1810 Lela | Garcia L. | Lela St./18th Street | | 500 |
| | | | | 2520-10 | Clancy C. | Park Apts. (E. Central) | | 445 |
| | | | | 4005#2Hanson | Morgan L. | hansom | | 500 |
| | | | | | | | 1,445 | 1,445 |
| 33545 | Deposit | 04/30/2010 | | | Interest | 68841Simmons First Bank | 0 | |
| | | | | | Interest | Simmons First Bank OLD | | 0 |
| | | | | | | | 0 | 0 |
| 33548 | Deposit | 04/29/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,325 | |
| | | | | 4007Hansom#2 | Kirkpatrick G. | hansom | | 550 |
| | | | | 3301 V2 | Diaz W. (Deposit and Rent) | C-Square Duplexes | | 775 |
| | | | | | | | 1,325 | 1,325 |
| 33562 | Deposit | 04/30/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,248 | |
| | | | | 102-3 Park | Browers I. | Park & Main | | 450 |
| | | | | Queensboro | Frost W. | Queensboro | | 675 |
| | | | | 3404 V1 | Keller K. | C-Square Duplexes | | 475 |
| | | | | Cabriolet | Jackson A. | Cabriolet | | 358 |
| | | | | 2520-5 | Barlow C. (Check from Ficasso) | Park Apts. (E. Central) | | 290 |
| | | | | | | | 2,248 | 2,248 |
| 33571 | Deposit | 04/30/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 5,405 | |
| | | | | 1114#6 | Caceres T. | 1114 NW "D" Street | | 440 |
| | | | | 3403 #2 Deerfield | Dowdle K. (Deposit) | Deerfield | | 500 |
| | | | | 3504 L2 | Bell N. | C-Square Duplexes | | 450 |
| | | | | 407 A Tiger | Minez V. | Tiger Blvd. | | 455 |
| | | | | 3406 L1 | Church R. | C-Square Duplexes | | 500 |
| | | | | 2402J1 | Newmark N. | Jayel Terrace | | 550 |
| | | | | 2402 J2 | Sammour H. | Jayel Terrace | | 555 |
| | | | | Burger | Kaufman J. (201 NW K Apt. C) | Burger | | 350 |
| | | | | 2300 J2 | Koval B. | Jayel Terrace | | 555 |
| | | | | 2518-2 | Wingate A. | Park Apts. (E. Central) | | 450 |
| | | | | 3403V2 | McCoy L. | C-Square Duplexes | | 600 |
| | | | | | | | 5,405 | 5,405 |
| 33638 | Deposit | 04/30/2010 | | | Interest | Bank of Rogers-Escrow | 10 | |
| | | | | | Interest | Interest Income | | 10 |
| | | | | | | | 10 | 10 |
| **TOTAL** | | | | | | | **82,183** | **82,183** |

# JAYEL Corporation
## Profit & Loss

|  | Apr 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **1-Rental** | |
| 1114 NW "D" Street | 2,965.00 |
| 14th Street | 1,840.00 |
| Beacon | 635.00 |
| Burger | 1,171.00 |
| C-Square Duplexes | 26,710.62 |
| Cabriolet | 858.00 |
| Cedar | 575.00 |
| Deerfield | 1,200.00 |
| Fleetwood | 795.00 |
| Grinstead | 900.00 |
| hansom | 1,525.00 |
| Jayel Terrace | 8,417.00 |
| Kovac | 625.00 |
| Lela St./18th Street | 2,320.00 |
| N. Main | 1,480.00 |
| NW "A" | 726.00 |
| Park & Main | 2,964.94 |
| Park Apts. (E. Central) | 6,870.00 |
| Parkcrest Hses. | 2,502.50 |
| Parlet | 500.00 |
| Pleasantview | 750.00 |
| Pulham Dr. | 400.00 |
| Queensboro | 675.00 |
| Ramachandran | 750.00 |
| Rolling Oaks | 725.00 |
| Smokin | 4,200.00 |
| Tiger Blvd. | 1,335.00 |
| Willenberg | 700.00 |
| Winchester | 765.00 |
| **Total 1-Rental** | 75,880.06 |
| | |
| Interest Income | 9.64 |
| Miscellaneous Income | 59.44 |
| **Total Income** | 75,949.14 |
| | |
| **Gross Profit** | 75,949.14 |
| | |
| **Expense** | |
| Accounting | 300.00 |
| Auto Expense | 748.70 |
| Bank Charges | 5.00 |
| Ch11-US Trustee | 650.00 |
| Contract Labor | 3,100.00 |
| Refunds | 460.00 |
| Dues and Subscriptions | 435.63 |
| Property Mgmt Fees | 3,770.20 |
| **Insurance** | |
| Auto | 401.58 |
| Insurance - Other | 3,163.19 |
| **Total Insurance** | 3,564.77 |
| | |
| Interest Expense | 30,000.00 |
| Meeting Expense | 33.37 |
| Mortgage Note | (1,805.44) |
| Office Supplies | 148.19 |
| Repairs and Maint. | 8,186.73 |
| **Tax** | |
| Property | 8,726.58 |
| **Total Tax** | 8,726.58 |
| | |
| **Utilities** | |
| Electric | 2,756.24 |
| Natural Gas | 874.31 |
| Telephone | 82.30 |
| Water & Sewer | 1,875.88 |
| Utilities - Other | 453.43 |
| **Total Utilities** | 6,042.16 |
| | |
| **Total Expense** | 64,365.89 |
| | |
| **Net Ordinary Income** | 11,583.25 |
| | |
| **Net Income** | 11,583.25 |

# JAYEL Corporation
## Balance Sheet
### Apr 30, 10

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 68841Simmons First Bank | 721.85 |
| Arvest Trust Account | 904.25 |
| Bank of Rogers- Construction | 1,448.88 |
| Bank of Rogers-Escrow | 16,911.65 |
| JAYEL-DEBTOR @ FIRST FEDERAL | 77,220.32 |
| Regions- Operations | 19,495.00 |
| Regions Money Market | 29,184.64 |
| Simmons First Bank OLD | (0.95) |
| **Total Checking/Savings** | 145,885.64 |
| | |
| **Other Current Assets** | |
| Ivestments/Stock | 25,000.00 |
| WIP-Capitalized Interest | 84,046.00 |
| **Total Other Current Assets** | 109,046.00 |
| | |
| **Total Current Assets** | 254,931.64 |
| | |
| **Fixed Assets** | |
| Amortize Appraisals & Closing C | 10,310.00 |
| APTS./1114 NW 'D' | 164,163.00 |
| APTS./Lela St Apts | 357,578.00 |
| APTS./N.W. Main (A & B) | 154,569.04 |
| APTS./Park and Main | 318,393.26 |
| APTS./Park Central (24 Unit) | 802,107.77 |
| APTS./Tiger Blvd. | 66,971.00 |
| Capitalized Closing Cost | 43,631.00 |
| Capitalized Legal Costs | 85,335.02 |
| COMM./104 S. Walton | 770,169.29 |
| COMM./General Store | 246,571.03 |
| COMM./LOTS | 106,025.00 |
| CONDO./Jayel Terrace | 1,895,080.58 |
| Condo/Jayel Terrace-Carpet | 44,103.00 |
| Condo/Jayel Terrace-Const Int | 2,056.00 |
| DUPLEX IMPROVEMENTS/VICTORIA-LA | 14,907.08 |
| DUPLEX/Hansom | 560,765.85 |
| DUPLEX/Landau 3300 | 82,942.62 |
| DUPLEX/Landau 3302 | 90,109.15 |
| DUPLEX/Landau 3304 | 89,556.18 |
| DUPLEX/Landau 3306 | 94,006.15 |
| DUPLEX/Landau 3400 | 84,507.84 |
| DUPLEX/Landau 3401 | 110,791.52 |
| DUPLEX/Landau 3402 | 87,531.25 |
| DUPLEX/Landau 3404 | 76,843.96 |
| DUPLEX/Landau 3406 | 90,484.82 |
| DUPLEX/Landau 3500 | 80,639.51 |
| DUPLEX/Landau 3501 | 94,485.84 |
| DUPLEX/Landau 3502 | 92,605.48 |
| DUPLEX/Landau 3504 | 97,501.78 |
| DUPLEX/Landau 3506 | 85,769.61 |
| DUPLEX/Landau 3508 | 82,836.43 |
| DUPLEX/Landau 3510 | 83,125.55 |
| DUPLEX/Victoria 3301 | 136,742.41 |
| DUPLEX/Victoria 3303 | 127,588.69 |
| DUPLEX/Victoria 3305 | 120,152.71 |
| DUPLEX/Victoria 3307 | 105,928.50 |
| DUPLEX/Victoria 3401 | 106,275.16 |
| DUPLEX/Victoria 3402 | 110,791.47 |
| DUPLEX/Victoria 3403 | 128,975.24 |
| DUPLEX/Victoria 3404 | 109,219.18 |
| DUPLEX/Victoria 3405 | 116,752.86 |
| DUPLEX/Victoria 3406 | 104,550.12 |
| DUPLEX/Victoria 3407 | 123,809.48 |
| DUPLEX/Victoria 3408 | 110,249.33 |
| DUPLEX/Victoria 3409 | 111,212.78 |
| DUPLEX/Victoria 3500 | 92,796.25 |
| DUPLEX/Victoria 3501 | 102,020.86 |
| DUPLEX/Victoria 3503 | 79,900.32 |
| DUPLEX/Victoria 3505 | 93,960.80 |
| EQUIP./28 Model "A" Ford | 14,277.78 |
| EQUIP./Equipment & Furniture | 18,371.13 |
| EQUIP./Farm Equip | 8,523.00 |
| EQUIP./New Holland Backhoe | 22,514.44 |
| HOUSE/1 Queensboro | 76,568.54 |
| HOUSE/1207 Cabriolet | 57,170.24 |
| HOUSE/14 Grinstead | 77,073.11 |
| HOUSE/15 Pulham Dr | 78,291.31 |
| HOUSE/205 Parkcrest | 51,582.35 |
| HOUSE/205 Pleasent View | 231,878.00 |
| HOUSE/606 Moberly Place | 341,168.83 |
| HOUSE/812 NW "A" | 57,218.00 |
| HOUSE/9 Fleetwood | 128,352.10 |
| HOUSE/Parkcrest (202,204,206) | 159,833.00 |
| PROP./11 Ac Redmond | 118,783.70 |
| PROP./Conway | 35,669.00 |
| PROP./Elm Tree Rd. | 369,776.81 |
| PROP./Jacksonville | 152,275.00 |
| PROP./Little Rock(7 & 20 Acres) | 4,597.00 |
| PROP./Parkcrest - Phase II | 38,212.40 |
| xAccumulated Depreciation | (2,409,201.00) |
| **Total Fixed Assets** | 8,606,202.46 |
| | |
| **TOTAL ASSETS** | **8,861,134.10** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 30,625.00 |
| **Total Accounts Payable** | 30,625.00 |
| | |
| **Other Current Liabilities** | |
| Accrued Real Estate/Prop Taxes | 40,000.00 |
| N/P FNB #2179 | 185,685.13 |
| N/P FNB #2607992 | 149,436.76 |
| N/P FNB #2607994 | 215,783.07 |
| **Total Other Current Liabilities** | 590,904.96 |
| | |
| **Total Current Liabilities** | 621,529.96 |
| | |
| **Long Term Liabilities** | |
| N/P FNB #11307 | 1,859,441.88 |
| N/P FNB #15222 | 1,307,890.23 |
| N/P FNB #2607812 | 5,933,757.62 |
| N/P Stockholder | 463,087.53 |
| **Total Long Term Liabilities** | 9,564,177.26 |
| | |
| **Total Liabilities** | 10,185,707.22 |
| | |
| **Equity** | |
| Common Stock | 300.00 |
| Paid in Capital | 25,200.00 |
| Retained Earnings | (1,352,062.22) |
| Net Income | 1,989.10 |
| **Total Equity** | (1,324,573.12) |
| | |
| **TOTAL LIABILITIES & EQUITY** | **8,861,134.10** |