# COVER SHEET FOR MONTHLY OPERATING REPORTS

CASE NAME: Jayel Corporation

CASE NUMBER: 5:10-bk-71120

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of May, 2010.

### Link to Disbursements Page

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

**Link to Disbursements Page**

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

| ASSETS | PETITION DATE 03/05/10 | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 95,998 | 100,097 | 145,886 | 113,124 | | | |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | 0 | | | |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | | | | |
| Prepaid Expenses | 0 | 0 | 0 | 0 | | | |
| Other | 0 | 0 | 0 | 0 | | | |
| | | | | | | | |
| Total Current Assets | 95,998 | 100,097 | 145,886 | 113,124 | | | |
| | | | | | | | |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 11,015,403 | 11,015,403 | 11,015,403 | 11,015,403 | | | |
| Less Accumulated Depreciation | 2,409,201 | 2,409,201 | 2,409,201 | 2,409,201 | | | |
| | | | | | | | |
| Net Property | 8,606,202 | 8,606,202 | 8,606,202 | 8,606,202 | | | |
| | | | | | | | |
| OTHER ASSETS (Describe) | | 0 | 0 | 0 | | | |
| Investments/Stock | 25,000 | 25,000 | 25,000 | 25,000 | | | |
| WIP-Capitalized Interest | 84,046 | 84,046 | 84,046 | 84,046 | | | |
| | | | | | | | |
| Total Other Assets | 109,046 | 109,046 | 109,046 | 109,046 | | | |
| | | | | | | | |
| TOTAL ASSETS | 8,811,247 | 8,815,346 | 8,861,134 | 8,828,372 | | | |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 11 PAGES ARE TRUE AND CORRECT.

Date submitted 06/18/2010   Signed _____

James Lemmon
(Printed name of signatory)

MONTHLY OPERATING REPORTS
COMPARATIVE BALANCE SHEETS

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 03/05/10 | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 12,826 | 49,291 | 30,854 | | | |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 9,566,438 | 9,566,438 | 9,564,177 | 9,560,177 | | | |
| Priority Debt | 0 | 0 | 0 | 0 | | | |
| Unsecured Debt | 0 | 0 | 0 | 0 | | | |
| Other - Real Estate/Property Taxes Payable | 21,334 | 21,334 | 21,334 | 21,334 | | | |
| Other - Current Liability - Interst Only Payable | 550,905 | 550,905 | 550,905 | 550,905 | | | |
| Total Pre Petition Liabilities | 10,138,677 | 10,138,677 | 10,136,416 | 10,132,416 | | | |
| Total Liabilities | 10,138,677 | 10,151,503 | 10,185,707 | 10,163,270 | | | |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | | | | | | | |
| Common Stock | 300 | 300 | 300 | 300 | | | |
| Paid-In Capital | 25,200 | 25,200 | 25,200 | 25,200 | | | |
| Stockholder Distributions | | | 0 | | | | |
| Retained Earnings | | | | | | | |
| Through Filing Date | (1,352,930) | (1,352,930) | (1,352,930) | (1,352,930) | | | |
| Post Filing Date | 0 | (8,727) | 2,857 | (7,468) | | | |
| Total Stockholders' Equity | (1,327,430) | (1,336,157) | (1,324,573) | (1,334,898) | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 8,811,247 | 8,815,346 | 8,861,134 | 8,828,372 | | | |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

FORM OPR-2

STATEMENT OF INCOME (LOSS)

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 27,643 | 75,949 | 61,372 | | | | 164,965 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 0 | 0 | 0 | | | | 0 |
| Labor - Direct | 0 | 0 | 0 | | | | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | | | | 0 |
| Total Cost of Goods Sold | 0 | 0 | 0 | | | | 0 |
| GROSS PROFIT | 27,643 | 75,949 | 61,372 | | | | 164,965 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 238 | 0 | 357 | | | | 595 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | | | | 0 |
| Office & Other Salaries | | 0 | | | | | 0 |
| Rent | 0 | 0 | 0 | | | | 0 |
| Other (Attach Schedule) | 35,891 | 33,416 | 41,191 | | | | 110,498 |
| Total Operating Expenses | 36,129 | 33,416 | 41,548 | | | | 111,093 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | | 650 | | | | | 650 |
| Depreciation | | | | | | | 0 |
| Interest | | 30,000 | 30,000 | | | | 60,000 |
| Attorney's Fees | 0 | 0 | | | | | 0 |
| Other Professional Fees | 241 | 300 | 150 | | | | 691 |
| Total Other Expenses | 241 | 30,950 | 30,150 | | | | 61,341 |
| Total Expenses | 36,370 | 64,366 | 71,698 | | | | 172,434 |
| NET INCOME (LOSS) | (8,727) | 11,583 | (10,326) | | | | (7,469) |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCH - OTHER OP EXP

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| AUTO EXPENSE | 0 | 749 | 204 | 0 | 0 | 0 | 952 |
| BANK CHARGES | 8 | 5 | 5 | 0 | 0 | 0 | |
| CLEANING EXP | 174 | 0 | 0 | 0 | 0 | 0 | 174 |
| DUES & SUBSCRIPTIONS | 0 | 436 | 128 | 0 | 0 | 0 | 564 |
| INSURANCE | 4,992 | 3,565 | 3,579 | 0 | 0 | 0 | 12,136 |
| PROPERTY MGMT FEES | 2,550 | 3,770 | 3,786 | 0 | 0 | 0 | 10,106 |
| CONTRACT LABOR | 700 | 3,100 | 2,100 | 0 | 0 | 0 | 5,900 |
| REFUNDS | 350 | 460 | 1,279 | 0 | 0 | 0 | 2,089 |
| REPAIRS & MAINTENANCE | 8,322 | 8,187 | 14,961 | 0 | 0 | 0 | 31,470 |
| TAXES: FRANCHISE | 900 | 0 | 0 | 0 | 0 | 0 | 900 |
| TAXES: PROPERTY | 10,874 | 8,727 | 10,000 | 0 | 0 | 0 | 29,601 |
| UTILITIES | 7,021 | 6,042 | 5,032 | 0 | 0 | 0 | 18,095 |
| MEETING EXPENSE | 0 | 33 | 33 | 0 | 0 | 0 | 66 |
| OFFICE SUPPLIES | 0 | 148 | 85 | 0 | 0 | 0 | 233 |
| MORTGAGE NOTE | 0 | (1,805) | 0 | 0 | 0 | 0 | (1,805) |
| INTEREST EXPENSE | | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OTHER EXP | 35,891 | 33,416 | 41,191 | 0 | 0 | 0 | 110,498 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

STATEMENT OF SOURCE AND USE OF CASH

FORM OPR-3

| | MONTH ENDING 03/31/10 | MONTH ENDING 04/30/10 | MONTH ENDING 05/31/10 | MONTH ENDING 06/30/10 | MONTH ENDING 07/31/10 | MONTH ENDING 08/31/10 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 100,097 | 145,886 | 113,124 | | | 0 | 359,107 |
| Less Ending Prior Month Balance | 95,998 | 100,097 | 145,886 | | | 0 | 455,105 |
| NET CASH INCREASE(DECREASE) | 4,099 | 45,789 | (32,762) | | | 0 | (95,998) |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | (8,727) | 11,583 | (10,326) | | | 0 | (7,469) |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | | | 0 | 0 |
| Cash Generated From Operations | (8,727) | 11,583 | (10,326) | | | 0 | (7,469) |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | | | 0 | 0 |
| Inventory | 0 | 0 | 0 | | | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | | | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | | | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | | | 0 | 0 |
| Other Assets | 0 | 0 | 0 | | | 0 | 109,046 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 12,826 | 36,465 | 0 | | | 0 | 49,291 |
| Pre Petition Liabilities | 0 | 0 | 0 | | | 0 | 0 |
| TOTAL SOURCES OF CASH | 4,099 | 48,048 | (10,326) | | | 0 | 150,868 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | | | 0 | 0 |
| Inventory | 0 | 0 | 0 | | | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | | | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | | | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | | | 0 | 0 |
| Other Assets | 0 | 0 | 0 | | | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 18,437 | | | 0 | 49,291 |
| Pre Petition Liabilities | 0 | 2,261 | 4,000 | | | 0 | 10,138,677 |
| TOTAL USE OF CASH | 0 | 2,261 | 22,437 | | | 0 | 10,187,968 |
| NET CASH INCREASE (DECREASE) | 4,099 | 45,787 | (32,763) | | | 0 | (10,037,100) |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 3/5/2010 | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: March | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | | | | | | |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF FIXED ASSETS

SCHEDULE B

| FIXED ASSETS: | Petition Date 03/05/10 | MONTH 03/31/10 | MONTH 04/30/10 | MONTH 05/31/10 | MONTH 06/30/10 | MONTH 07/31/10 |
|---|---|---|---|---|---|---|
| Buildings | 9,972,225 | 9,972,225 | 9,972,225 | 9,972,225 | | |
| Land | 825,309 | 825,309 | 825,309 | 825,309 | | |
| Improvements | 14,907 | 14,907 | 14,907 | 14,907 | | |
| Office Furniture | 16,371 | 16,371 | 16,371 | 16,371 | | |
| Office Equipment | 1,000 | 1,000 | 1,000 | 1,000 | | |
| Computer Equipment | 1,000 | 1,000 | 1,000 | 1,000 | | |
| Shop Machinery | | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | 14,278 | 14,278 | 14,278 | 14,278 | | |
| Vans | | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | 31,037 | 31,037 | 31,037 | 31,037 | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other - Ammoritize Apraisals & Closing Costs | 10,310 | 10,310 | 10,310 | 10,310 | | |
| Other - Capitalized Closing & Legal Costs | 128,966 | 128,966 | 128,966 | 128,966 | | |
| TOTAL FIXED ASSETS | 11,015,403 | 11,015,403 | 11,015,403 | 11,015,403 | 0 | 0 |

CASE NAME: Jayel Corporation
CASE NUMBER: 5:10-bk-71120

SCHEDULE OF POST PETITION DEBT

SCHEDULE C

| | MONTH 03/31/10 | MONTH 04/30/10 | MONTH 05/31/10 | MONTH 06/30/10 | MONTH 07/31/10 | MONTH 08/31/10 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| State Sales Taxes | | | | | | |
| Local Payroll Taxes | | | | | | |
| Real Estate & Pers. Prop. Taxes | 10,667 | 18,666 | 28,666 | | | |
| Other | | | | | | |
| TOTAL TAXES PAYABLE | 10,667 | 18,666 | 28,666 | 0 | 0 | 0 |
| OTHER LIABILITIES: | | | | | | |
| Post Petition Secured Debt | 0 | | | | | |
| Accrued Interest Payable | 0 | | | | | |
| Other Accrued Liabilities (Accounts Payable) | 2,159 | 30,625 | 2,188 | | | |
| | | | | | | |
| | | | | | | |
| TOTAL OTHER LIABILITIES | 2,159 | 30,625 | 2,188 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 12,826 | 49,291 | 30,854 | 0 | 0 | 0 |

CASE NAME: Jayel Corporation  
CASE NUMBER: 5:10-bk-71120

(revised Aug. 2009)  
Schedule D  
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS - PAGE 1 OF 2 PAGES
Month of MAY, 2010

### 1. Insurance Coverage

|  | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation |  |  |  |  |
| General Liability |  |  |  |  |
| Excess Liability |  |  |  |  |
| Fire & Extended Coverage |  |  |  |  |
| Vehicle Liability | Farm Bureau | 500,000 | 8/10/2010 | 8/10/2010 |
| Vehicle Collision | Farm Bureau | 28,000 | 8/10/2010 | 8/10/2010 |
| Theft |  |  |  |  |
| Property Insurance | Village Insurance | 2,229,444 | 6/23/2010 | 6/23/2010 |
| Property Insurance | Village Insurance | 638,749 | 3/1/2011 | 3/1/2011 |
| Property Insurance | Village Insurance | 2,421,200 | 8/25/2010 | 6/25/2010 |

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| Bank of Rogers | Interest only payment | 60,000 | 60,000 |
|  |  |  |  |
|  |  |  |  |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

|  | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes |  |  |  |
| Federal Payroll W/H Taxes |  |  |  |
| Federal Payroll W/H Taxes |  |  |  |
| Federal Payroll W/H Taxes |  |  |  |
| Fed. Unemployment Taxes |  |  |  |
| State Payroll W/H Taxes |  |  |  |
| State Unemployment Taxes |  |  |  |
| State Sales & Use Taxes |  |  |  |
| Property Taxes |  |  | 28,666 |
| Other |  |  |  |

CASE NAME: Jayel Corporation  (Revised Aug. 2009)
CASE NUMBER: 5:10-bk-71120  Schedule D
  Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS - PAGE 2 OF 2 PAGES
### Month of MAY, 2010

### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Jim Lemmon | 4,000 | |
| | | |
| | | |
| | | |
| | | |

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Attorney(s) | | |
| Accountant(s) | | |
| Management Co.(s) | 2,100 | |
| Other (specify) | | |

### 6. Record of Disbursements and Payment of Quarterly Fees

| Period Ending | Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | | | | | | |
| February | | | | | | |
| March | 24,673.98 | $24,673.98 | 650 | | $ | |
| April | 34,270.20 | | | | | |
| May | 94,135.47 | | | | | |
| June | | $128,405.67 | 975 | | $ | |
| July | | | | | | |
| August | | | | | | |
| September | $ | $0.00 | 325 | | $ | |
| October | | | | | | |
| November | | | | | | |
| December | $ | $0.00 | 325 | | $ | |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

# JAYEL Corporation
## Cash Receipts Journal
### May 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---:|---:|
| 33578 | Deposit | 05/03/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 5,790.00 | |
| | | | | 206 Parkcrest | Holiday N. (Utility Bills) | Parkcrest Hses. | | 45.00 |
| | | | | 2212B | Sandoval J. | Beacon | | 335.00 |
| | | | | 3404 V2 | Henson M. | C-Square Duplexes | | 475.00 |
| | | | | 3306 L1 | Ifill D. | C-Square Duplexes | | 500.00 |
| | | | | 202 Parkcrest Dr. | Price D. | Parkcrest Hses. | | 275.00 |
| | | | | 202 Parkcrest Dr. | Price D. | Parkcrest Hses. | | 400.00 |
| | | | | 2520-6 | Becerra J. | Park Apts. (E. Central) | | 460.00 |
| | | | | 2300 J1 | Muppa S. | Jayel Terrace | | 560.00 |
| | | | | Ramachandran | Macy C. | Ramachandran | | 750.00 |
| | | | | 3405 V1 | Powell M. | C-Square Duplexes | | 640.00 |
| | | | | Willenberg | Mallett T. (23 Holly B) | Willenberg | | 500.00 |
| | | | | 2516-1 | McKinney K. | Park Apts. (E. Central) | | 300.00 |
| | | | | 3406 V2 | Medlock R. | C-Square Duplexes | | 550.00 |
| | | | | | | | 5,790.00 | 5,790.00 |
| 33587 | Deposit | 05/04/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 4,115.00 | |
| | | | | 2516-4 | Whitcomb H. | Park Apts. (E. Central) | | 140.00 |
| | | | | 1114NWD#2 | Lewis B. | 1114 NW "D" Street | | 385.00 |
| | | | | 1114NWD#1 | Sanchez L. | 1114 NW "D" Street | | 380.00 |
| | | | | 350 N. 14th | Jones E. | 14th Street | | 420.00 |
| | | | | 610-3 | Tran M. | Jayel Terrace | | 550.00 |
| | | | | 1803 Lela | Williams R. | Lela St./18th Street | | 460.00 |
| | | | | 2518-12 | Roller E. | Park Apts. (E. Central) | | 475.00 |
| | | | | 3510 L1 | Collins S. | C-Square Duplexes | | 425.00 |
| | | | | 3505-2 | Green T. | C-Square Duplexes | | 500.00 |
| | | | | 1114#4 | Fitzner L. | 1114 NW "D" Street | | 380.00 |
| | | | | | | | 4,115.00 | 4,115.00 |
| 33588 | Deposit | 05/04/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 9,062.00 | |
| | | | | Pleasantview | Espinosa D. | Pleasantview | | 750.00 |
| | | | | Burger | Ovando A. (1608 Parkview) | Burger | | 620.00 |
| | | | | 3510 L2 | Page L. | C-Square Duplexes | | 475.00 |
| | | | | Burger | Fletcher S. 201 K Apt. B) | Burger | | 131.00 |
| | | | | 204 Parkcrest | Ballard G. | Parkcrest Hses. | | 675.00 |
| | | | | 1802 Lela | Bisbee S. | Lela St./18th Street | | 455.00 |
| | | | | 1001 N. Main #1 | Campbell W. | Park & Main | | 310.00 |
| | | | | 2302 J3 | Hemmert T. | Jayel Terrace | | 625.00 |
| | | | | 3303 V1 | Cisneros M. | C-Square Duplexes | | 610.00 |
| | | | | 3404 L1 | Mansfield J. | C-Square Duplexes | | 450.00 |
| | | | | Winchester | Baker J. | Winchester | | 765.00 |
| | | | | 3403 V1 | Hearld D. | C-Square Duplexes | | 575.00 |
| | | | | 813 NM1 | Busses H. | N. Main | | 430.00 |
| | | | | 813 NM2 | Rundle A. | N. Main | | 475.00 |
| | | | | 3501 L1 | Light S. | C-Square Duplexes | | 585.00 |
| | | | | 3508 L1 | Powell B. | C-Square Duplexes | | 106.00 |
| | | | | 3502 L1 | Murray C. | C-Square Duplexes | | 535.00 |
| | | | | 2518-7 | Leverich S. | Park Apts. (E. Central) | | 490.00 |
| | | | | | | | 9,062.00 | 9,062.00 |
| 33597 | Deposit | 05/05/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 7,241.00 | |
| | | | | 2520-2 | Cottrell J. | Park Apts. (E. Central) | | 340.00 |
| | | | | 3305 V1 | garner a | C-Square Duplexes | | 263.00 |
| | | | | 3304L2 | Hombs C. | C-Square Duplexes | | 595.00 |
| | | | | Rolling Oaks | Womack H. | Rolling Oaks | | 725.00 |
| | | | | Willenberg | Fetherolf G. | Willenberg | | 350.00 |
| | | | | 3500 V1 | Ferguson S. | C-Square Duplexes | | 500.00 |
| | | | | 3406V1 | Reid C. | C-Square Duplexes | | 525.00 |
| | | | | 2404 J4 | Stewart J. | Jayel Terrace | | 100.00 |
| | | | | NW "A" | Elgin S. | NW "A" | | 190.00 |
| | | | | 4007Hansom#1 | Coombs K. | hansom | | 475.00 |
| | | | | Kovac | Post A. | Kovac | | 625.00 |
| | | | | 3501V2 | Hopgood J. | C-Square Duplexes | | 500.00 |
| | | | | 3302 L2 | Parnell W. | C-Square Duplexes | | 500.00 |
| | | | | 3305 V1 | Garner A. (HUD Check) | C-Square Duplexes | | 342.00 |
| | | | | NW "A" | Elgin S. (HUD Check) | NW "A" | | 536.00 |
| | | | | 3506 L2 | Bell J. (HUD Check) | C-Square Duplexes | | 361.00 |

# JAYEL Corporation
## Cash Receipts Journal
### May 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---:|---:|
| | | | | 407 B Tiger | Thomas C. (HUD Check) | Tiger Blvd. | | 314.00 |
| | | | | | | | 7,241.00 | 7,241.00 |
| 33632 | Deposit | 05/06/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 3,886.00 | |
| | | | | 2520-4 | Wilson T. | Park Apts. (E. Central) | | 175.00 |
| | | | | 3502 L2 | Hamilton A. | C-Square Duplexes | | 500.00 |
| | | | | 2300 J4 | Martinez P. | Jayel Terrace | | 500.00 |
| | | | | 2300 J4 | Martinez P. | Jayel Terrace | | 50.00 |
| | | | | 3402 V1 | Smith C. | C-Square Duplexes | | 500.00 |
| | | | | Grinstead | Lee O. | Grinstead | | 500.00 |
| | | | | 2404 J3 | Lam T. | Jayel Terrace | | 500.00 |
| | | | | 3303 V2 | McWilliams G. | C-Square Duplexes | | 650.00 |
| | | | | 407 B Tiger | Thomas C. | Tiger Blvd. | | 111.00 |
| | | | | 2404 J4 | Nguyen S. | Jayel Terrace | | 400.00 |
| | | | | | | | 3,886.00 | 3,886.00 |
| 33633 | Deposit | 05/07/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 3,105.00 | |
| | | | | 3300#2 | Holt J. | C-Square Duplexes | | 450.00 |
| | | | | 2404 J1 | Patrick K. | Jayel Terrace | | 550.00 |
| | | | | 2520-5 | Barlow J. | Park Apts. (E. Central) | | 165.00 |
| | | | | 3400 L2 | Evans D. | C-Square Duplexes | | 550.00 |
| | | | | 1807 Lela | West S. | Lela St./18th Street | | 430.00 |
| | | | | 102-2 Park | Tamp L. | Park & Main | | 435.00 |
| | | | | 3506L1 | Williams E. | C-Square Duplexes | | 50.00 |
| | | | | 3506L1 | Williams E. | C-Square Duplexes | | 215.00 |
| | | | | 3506L1 | Williams E. | C-Square Duplexes | | 200.00 |
| | | | | 3506L1 | Williams E. | C-Square Duplexes | | 60.00 |
| | | | | | | | 3,105.00 | 3,105.00 |
| 33641 | Deposit | 05/08/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 4,325.00 | |
| | | | | 1800 Lela | Edrington J. | Lela St./18th Street | | 480.00 |
| | | | | 350 N. 14th | Jones E. | 14th Street | | 15.00 |
| | | | | 3302 L1 | Heard B. | C-Square Duplexes | | 495.00 |
| | | | | 3407 V1 | Burleson S. | C-Square Duplexes | | 435.00 |
| | | | | 3407 V1 | Burleson S. | C-Square Duplexes | | 140.00 |
| | | | | Burger | Brannon M. (201 NW K Apt A) | Burger | | 340.00 |
| | | | | Fleetwood 9 | Buttry A. | Fleetwood | | 795.00 |
| | | | | 2302 J1 | Roque J. | Jayel Terrace | | 550.00 |
| | | | | Cedar | Rios B. | Cedar | | 575.00 |
| | | | | 205 Parkcrest | Thompson M. | Parkcrest Hses. | | 500.00 |
| | | | | | | | 4,325.00 | 4,325.00 |
| 33654 | Deposit | 05/10/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,655.00 | |
| | | | | 2520-8 | Hardee D. | Park Apts. (E. Central) | | 500.00 |
| | | | | 1114#5 | Brown W. | 1114 NW "D" Street | | 200.00 |
| | | | | 102-1 Park | Nicholson J. | Park & Main | | 455.00 |
| | | | | 3307 V1 | Wilson D. | C-Square Duplexes | | 500.00 |
| | | | | | | | 1,655.00 | 1,655.00 |
| 33669 | Deposit | 05/12/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 917.72 | |
| | | | | 3501 L2 | Love J. | C-Square Duplexes | | 600.00 |
| | | | | 3301 V2 | Diaz W. | C-Square Duplexes | | 275.00 |
| | | | | 3402L2 | Overpayment from City of Bentonville | Miscellaneous | | 42.72 |
| | | | | | | | 917.72 | 917.72 |
| 33721 | Deposit | 05/14/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,120.00 | |
| | | | | 2404 J3 | Lam T. | Jayel Terrace | | 25.00 |
| | | | | 3304 L1 | Psora K. | C-Square Duplexes | | 80.00 |
| | | | | 3301 V1 | Pena R. | C-Square Duplexes | | 400.00 |
| | | | | 3409#2 | Wilkinson K. | C-Square Duplexes | | 615.00 |
| | | | | | | | 1,120.00 | 1,120.00 |
| 33732 | Deposit | 05/15/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 5,375.00 | |
| | | | | 2520-3 | Susu A. | Park Apts. (E. Central) | | 475.00 |
| | | | | 3508 L2 | Dunn S. | C-Square Duplexes | | 550.00 |
| | | | | 1001 N. Main #1 | Campbell W. | Park & Main | | 150.00 |
| | | | | Smokehouse | Smokin Joes | Smokin | | 4,200.00 |
| | | | | | | | 5,375.00 | 5,375.00 |

# JAYEL Corporation
## Cash Receipts Journal
### May 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---:|---:|
| 33736 | Deposit | 05/18/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 1,010.00 | |
| | | | | 3406 V1 | Edrington J. (Deposit) | C-Square Duplexes | | 200.00 |
| | | | | Willenberg | Fetherolf G. (23 Holly A) | Willenberg | | 350.00 |
| | | | | 348 N. 14th | Orozco A. | 14th Street | | 400.00 |
| | | | | 348 N. 14th | Orozco A. | 14th Street | | 60.00 |
| | | | | | | | 1,010.00 | 1,010.00 |
| 33752 | Deposit | 05/20/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,265.00 | |
| | | | | 3400 L1 | Hernandez A. (Deposit) | C-Square Duplexes | | 300.00 |
| | | | | 2520-2 | Richardson P. | Park Apts. (E. Central) | | 125.00 |
| | | | | 4005#1Hansom | Chandler C. | hansom | | 300.00 |
| | | | | 3406L2 | Miks C. | C-Square Duplexes | | 40.00 |
| | | | | 2520-1 | Skinner M. | Park Apts. (E. Central) | | 450.00 |
| | | | | 3400 L1 | Hernandez A. (Deposit) | C-Square Duplexes | | 200.00 |
| | | | | 2520-4 | Wilson T. | Park Apts. (E. Central) | | 300.00 |
| | | | | 610-3 | Tran P. | Jayel Terrace | | 550.00 |
| | | | | | | | 2,265.00 | 2,265.00 |
| 33754 | Deposit | 05/22/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 4,962.00 | |
| | | | | 3401L2 | Payne C. | C-Square Duplexes | | 500.00 |
| | | | | 3402 L1 | Feast C. | C-Square Duplexes | | 500.00 |
| | | | | 3403 #2 Deerfield | Enssle J. (Deposit) | Deerfield | | 500.00 |
| | | | | 1114 D #7 | Stewart J. | 1114 NW "D" Street | | 200.00 |
| | | | | 610-1 | Fitchue P. | Jayel Terrace | | 647.00 |
| | | | | 3405 V2 | Cox J. (Deposit) | C-Square Duplexes | | 450.00 |
| | | | | 1810 Lela | Garcia L. | Lela St./18th Street | | 500.00 |
| | | | | 3406 V1 | Edrington J. | C-Square Duplexes | | 50.00 |
| | | | | 3505-1 | Lightfoot K. | C-Square Duplexes | | 500.00 |
| | | | | 2404 J2 | Williams N.(rent and deposit) | Jayel Terrace | | 955.00 |
| | | | | 2520-5 | Barlow C. | Park Apts. (E. Central) | | 160.00 |
| | | | | | | | 4,962.00 | 4,962.00 |
| 33758 | Deposit | 05/27/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 4,510.00 | |
| | | | | 3401 V1 | Frazier M. (Deposit) | C-Square Duplexes | | 400.00 |
| | | | | 4007Hansom#2 | Kirkpatrick G. | hansom | | 550.00 |
| | | | | Monett | Avondet D. | Monett | | 1,600.00 |
| | | | | 3504 L2 | Bell S. | C-Square Duplexes | | 525.00 |
| | | | | 3406L2 | Miks C. | C-Square Duplexes | | 60.00 |
| | | | | 407 D Tiger | Stepp K. | Tiger Blvd. | | 455.00 |
| | | | | 2404 J4 | Nguyen S. | Jayel Terrace | | 370.00 |
| | | | | 3306 L2 | Evans J. | C-Square Duplexes | | 550.00 |
| | | | | | | | 4,510.00 | 4,510.00 |
| 33761 | Deposit | 05/28/2010 | | | Deposit | JAYEL-DEBTOR @ FIRST FEDERAL | 2,025.00 | |
| | | | | 3403 #2 Deerfield | Enssle J. | Deerfield | | 700.00 |
| | | | | 2402 J2 | Sammour H. | Jayel Terrace | | 555.00 |
| | | | | Cabriolet | Jackson A. | Cabriolet | | 445.00 |
| | | | | 4005#1Hansom | Chandler C. (HUD Check) | hansom | | 325.00 |
| | | | | | | | 2,025.00 | 2,025.00 |
| 33779 | Deposit | 05/31/2010 | | | Interest | Bank of Rogers-Escrow | 8.73 | |
| | | | | | Interest | Interest Income | | 8.73 |
| | | | | | | | 8.73 | 8.73 |
| 33780 | Deposit | 05/31/2010 | | | Interest | 68841Simmons First Bank | 0.24 | |
| | | | | | Interest | Simmons First Bank OLD | | 0.24 |
| | | | | | | | 0.24 | 0.24 |
| TOTAL | | | | | | | 61,372.69 | 61,372.69 |

# JAYEL Corporation
## Profit & Loss
### May 2010

|  |  | May 10 |
|---|---|---:|
| **Ordinary Income/Expense** | | |
| Income | | |
| 1-Rental | | |
| | 1114 NW "D" Street | 1,545.00 |
| | 14th Street | 895.00 |
| | Beacon | 335.00 |
| | Burger | 1,091.00 |
| | C-Square Duplexes | 21,552.00 |
| | Cabriolet | 445.00 |
| | Cedar | 575.00 |
| | Deerfield | 1,200.00 |
| | Fleetwood | 795.00 |
| | Grinstead | 500.00 |
| | hansom | 1,650.00 |
| | Jayel Terrace | 7,487.00 |
| | Kovac | 625.00 |
| | Lela St./18th Street | 2,325.00 |
| | Monett | 1,600.00 |
| | N. Main | 905.00 |
| | NW "A" | 726.00 |
| | Park & Main | 1,350.00 |
| | Park Apts. (E. Central) | 4,555.00 |
| | Parkcrest Hses. | 1,895.00 |
| | Pleasantview | 750.00 |
| | Ramachandran | 750.00 |
| | Rolling Oaks | 725.00 |
| | Smokin | 4,200.00 |
| | Tiger Blvd. | 880.00 |
| | Willenberg | 1,200.00 |
| | Winchester | 765.00 |
| Total 1-Rental | | 61,321.00 |
| Interest Income | | 8.73 |
| Miscellaneous | | 42.72 |
| **Total Income** | | 61,372.45 |
| **Gross Profit** | | 61,372.45 |
| Expense | | |
| | Accounting | 150.00 |
| | Advertising | 356.76 |
| | Auto Expense | 203.71 |
| | Bank Charges | 5.00 |
| | Commission | 2,100.00 |
| | Deposit | 425.00 |
| | Dues and Subscriptions | 128.00 |
| | Income Remittal | 3,766.26 |
| | Insurance | |
| |   Life | 415.36 |
| |   Property | 3,163.19 |
| | Total Insurance | 3,578.55 |
| | Interest Expense | 30,000.00 |
| | Meeting Expense | 32.67 |
| | Office Supplies | 85.21 |
| | Refunds | 854.00 |
| | Repairs and Maint. | |
| |   Equipment | 120.00 |
| |   Repairs and Maint. - Other | 14,840.90 |
| | Total Repairs and Maint. | 14,960.90 |
| | Tax | |
| |   Property | 10,000.00 |
| | Total Tax | 10,000.00 |
| | Utilities | |
| |   Electric | 3,157.29 |
| |   Natural Gas | 847.76 |
| |   Telephone | 251.98 |
| |   Water & Sewer | 774.90 |
| | Total Utilities | 5,031.93 |
| **Total Expense** | | 71,697.99 |
| Net Ordinary Income | | (10,325.54) |
| **Net Income** | | **(10,325.54)** |

# JAYEL Corporation
## Balance Sheet
### May 31, 10

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 68841 Simmons First Bank | 722.09 |
| Arvest Trust Account | 904.25 |
| Bank of Rogers - Constuction | 1,448.88 |
| Bank of Rogers - Escrow | 16,920.38 |
| JAYEL-DEBTOR @ FIRST FEDERAL | 34,453.57 |
| Regions - Operations | 19,490.00 |
| Regions Money Market | 39,185.98 |
| Simmons First Bank OLD | (1.19) |
| **Total Checking/Savings** | 113,123.96 |
| **Other Current Assets** | |
| Ivestments/Stock | 25,000.00 |
| WIP-Capitalized Interest | 84,046.00 |
| **Total Other Current Assets** | 109,046.00 |
| **Total Current Assets** | 222,169.96 |
| **Fixed Assets** | |
| Amortize Appraisals & Closing C | 10,310.00 |
| APTS./1114 NW 'D' | 164,163.00 |
| APTS./Lela St Apts | 357,678.00 |
| APTS./N.W. Main (A & B) | 154,569.04 |
| APTS./Park and Main | 316,393.26 |
| APTS./Park Central (24 Unit) | 602,107.77 |
| APTS./Tiger Blvd. | 86,971.00 |
| Capitalized Closing Cost | 43,631.00 |
| Capitalized Legal Costs | 85,335.02 |
| COMM./104 S. Walton | 770,169.29 |
| COMM./General Store | 246,571.03 |
| COMM./LOTS | 106,025.00 |
| CONDO./Jayel Terrace | 1,895,080.56 |
| Condo/Jayel Terrace-Carpet | 44,103.00 |
| Condo/Jayel Terrace-Const Int | 2,056.00 |
| DUPLEX IMPROVEMENTS/VICTORIA-LA | 14,907.08 |
| DUPLEX/Hansom | 560,765.85 |
| DUPLEX/Landau 3300 | 82,942.62 |
| DUPLEX/Landau 3302 | 90,109.15 |
| DUPLEX/Landau 3304 | 89,556.18 |
| DUPLEX/Landau 3306 | 94,006.15 |
| DUPLEX/Landau 3400 | 94,507.84 |
| DUPLEX/Landau 3401 | 110,791.52 |
| DUPLEX/Landau 3402 | 87,531.25 |
| DUPLEX/Landau 3404 | 76,843.98 |
| DUPLEX/Landau 3406 | 90,484.82 |
| DUPLEX/Landau 3500 | 80,639.51 |
| DUPLEX/Landau 3501 | 94,485.84 |
| DUPLEX/Landau 3502 | 92,605.48 |
| DUPLEX/Landau 3504 | 97,501.78 |
| DUPLEX/Landau 3506 | 85,769.61 |
| DUPLEX/Landau 3508 | 82,836.43 |
| DUPLEX/Landau 3510 | 83,125.55 |
| DUPLEX/Victoria 3301 | 136,742.41 |
| DUPLEX/Victoria 3303 | 127,568.65 |
| DUPLEX/Victoria 3305 | 120,152.71 |
| DUPLEX/Victoria 3307 | 105,928.50 |
| DUPLEX/Victoria 3401 | 106,275.16 |
| DUPLEX/Victoria 3402 | 110,791.47 |
| DUPLEX/Victoria 3403 | 128,975.24 |
| DUPLEX/Victoria 3404 | 109,219.16 |
| DUPLEX/Victoria 3405 | 116,752.86 |
| DUPLEX/Victoria 3406 | 104,650.12 |
| DUPLEX/Victoria 3407 | 123,609.48 |
| DUPLEX/Victoria 3408 | 110,249.33 |
| DUPLEX/Victoria 3409 | 111,212.78 |
| DUPLEX/Victoria 3500 | 92,796.25 |
| DUPLEX/Victoria 3501 | 102,020.86 |
| DUPLEX/Victoria 3503 | 79,900.32 |
| DUPLEX/Victoria 3505 | 93,960.80 |
| EQUIP./'28 Model "A" Ford | 14,277.78 |
| EQUIP./Equipment & Furniture | 18,371.13 |
| EQUIP./Farm Equip | 8,523.00 |
| EQUIP./New Holland Backhoe | 22,514.44 |
| HOUSE/1 Queensboro | 76,566.54 |
| HOUSE/1207 Cabriolet | 57,170.24 |
| HOUSE/14 Grinstead | 77,073.11 |
| HOUSE/15 Pulham Dr | 76,291.31 |
| HOUSE/205 Parkcrest | 51,582.35 |
| HOUSE/205 Pleasent View | 231,878.00 |
| HOUSE/606 Moberly Place | 341,168.83 |
| HOUSE/812 NW "A" | 57,218.00 |
| HOUSE/9 Fleetwood | 128,352.10 |
| HOUSE/Parkcrest (202,204,206) | 159,833.00 |
| PROP./11 Ac Redmond | 116,793.70 |
| PROP./Conway | 35,669.00 |
| PROP./Elm Tree Rd. | 369,776.81 |
| PROP./Jacksonville | 152,275.00 |
| PROP./Little Rock(7 & 20 Acres) | 4,557.00 |
| PROP./Parkcrest - Phase II | 38,212.40 |
| xAccumulated Depreciation | (2,409,201.00) |
| **Total Fixed Assets** | 8,606,202.46 |
| **TOTAL ASSETS** | **8,828,372.42** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 2,187.52 |
| **Total Accounts Payable** | 2,187.52 |
| **Other Current Liabilities** | |
| Accrued Real Estate/Prop Taxes | 50,000.00 |
| N/P FNB #2179 | 185,686.13 |
| N/P FNB #2607992 | 149,436.76 |
| N/P FNB #2607994 | 215,783.07 |
| **Total Other Current Liabilities** | 600,904.96 |
| **Total Current Liabilities** | 603,092.48 |
| **Long Term Liabilities** | |
| N/P FNB #11307 | 1,859,441.88 |
| N/P FNB #15222 | 1,307,890.23 |
| N/P FNB #2607812 | 5,933,757.62 |
| N/P Stockholder | 459,087.53 |
| **Total Long Term Liabilities** | 9,560,177.26 |
| **Total Liabilities** | 10,163,269.74 |
| **Equity** | |
| Common Stock | 300.00 |
| Paid In Capital | 25,200.00 |
| Retained Earnings | (1,352,060.88) |
| Net Income | (8,336.44) |
| **Total Equity** | (1,334,897.32) |
| **TOTAL LIABILITIES & EQUITY** | **8,828,372.42** |

1