Ordinary Monthly Income: $76,363.00

Monthly Expenses:

| | | |
|---|---|---|
| Accounting: | $ 250.00 | |
| Advertising | $ 1,000.00 | |
| Auto Expense | $ 625.00 | |
| Bank Charges | $ 10.00 | |
| Cleaning | $ 500.00 | |
| Dues/Subscriptions | $ 200.00 | |
| Insurance | $ 4,500.00 | |
| Interest Only Pymt (1st year) | $30,493.00 | |
| Lawn Care/Mnt | $ 3,400.00 | |
| Legal | $ 150.00 | |
| Management/Fees | $ 3,200.00 | |
| Meeting Expenses | $ 100.00 | |
| Office Supplies | $ 150.00 | |
| Pest Control | $ 100.00 | |
| Postage | $ 25.00 | |
| Refunds/Deposit | $ 500.00 | |
| Repairs | $10,000.00 | |
| Salary/Lemon | $ 4,000.00 | |
| Property Taxes | $ 9,800.00 | |
| Utilities | $ 931.00 | |
| Total Expenses | $69,934.00 | |

Net profit $6429.00

Debtor seeks to keep the profit for unforeseen circumstances. It represents less than 10% of the Ordinary Monthly Income and the Debtor experiences budget swings in excess of 10%. It also allows the Debtor to meet budget obligations should there be a month or two of large than normal vacancy rates.